## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 07-119M-MPT |
| ALFONSO TREJO-PONCE, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

NOW COMES the defendant Alfonso Trejo-Ponce, by and through his attorney, Assistant Federal Public Defender Cathy A. Jenkins, Esq., and the United States of America, by and through its attorney, Assistant United States Attorney Robert F. Kravetz, and jointly requests the Court pursuant to Federal Rule of Criminal Procedure 45(b), Local Rule 5(a), and 18 U.S.C. §§ 3161(b) & (h)(8)(A), to extend by thirty days the period of time for filing of an Indictment, and to exclude such time under the Speedy Trial Act. In support of this motion, the parties submit as follows:

1.    The defendant was charged by criminal complaint dated June 29, 2007. The government filed a motion for pretrial detention, which the defendant did not contest. On July 11, 2207, this court ruled on the Government's motion and issued an order of detention pending trial.

2.    The defendant has informed the Government that he would like to waive Indictment and plead guilty to a felony Information. In order to facilitate that cooperation, the parties respectfully request an additional thirty-day extension in the time period for the Government to file an Indictment in this matter in order to facilitate the defendant's request.

FILED

AUG  6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Trial Act challenge to the thirty-day requirement for the Government to file an Indictment in this matter under 18 U.S.C. § 3161(b). The parties request that the additional thirty-day extension of time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

    4.    The parties assert that the ends of justice would be served by an additional thirty-day continuance in filing the Indictment in this matter, given the nature of the defendant's request to plead guilty to a felony Information.

Respectfully submitted,

Cathy A. Jenkins, Esq.
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant

Robert F. Kravetz, Esq.
Assistant United States Attorney
District of Delaware
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19899

Dated: July 31, 2007

2