

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building
1007 N. Orange Street, Suite 700          (302) 573-6277
P.O. Box 2046                             FAX (302) 573-6220
Wilmington, Delaware 19899-2046

August 6, 2007

**VIA HAND DELIVERY**

Clerk of Court
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801
Attn: Keith Kincaid

CR07-108-UNA

Re:   United States v. Alfonso Trejo-Ponce    07-MJ-119

Dear Clerk of Court,

Alfonso Trejo-Ponce has agreed to waive indictment and plead guilty to a one-count Information pursuant to a plea agreement entered into between the parties. The Information, as well as a courtesy copy of the Waiver of Indictment Form and Memorandum of Plea Agreement, are enclosed.

The parties respectfully request that the Court schedule a Waiver of Indictment and Change of Plea hearing with counsel. An original, executed Waiver of Indictment Form and Memorandum of Plea Agreement will be submitted at the hearing. The parties request that the Waiver of Indictment Form and Memorandum of Plea Agreement not be docketed until such time as they are executed in open court.

Please feel free to contact me at the phone number listed above with any questions.

Yours very truly,

COLM F. CONNOLLY
United States Attorney

BY: _____
Robert F. Kravetz
Assistant United States Attorney

FILED
AUG 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cc:   Edson A. Bostic, Esq., File