IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07- *108- UNA* ) |
| ALFONSO TREJO-PONCE, | ) ) |
| Defendant. | ) |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about June 29, 2007, in the State and District of Delaware, Defendant Alfonso Trejo-Ponce, an alien and subject of Mexico, was found in the United States, after having been removed therefrom on or about November 14, 2000, at or near Laredo, Texas, and Defendant was knowingly in the United States, and prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, expressly consented to Defendant's reapplying for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a) & (b)(2).

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: August 6, 2007



FILED

AUG 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE