IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-108 GMS |
| | : |
| ALFONSO TREJO-PONCE | : |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the initial appearance/guilty plea hearing regarding the above-captioned defendant is RESCHEDULED to **Thursday, October 4, 2007, at 11:15 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

September 28, 2007